PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 2 2005 ★
P.M. _____
TIME A.M. _____

Docket No. 01-CR-697-02

U.S.A. vs   Vincent Posa

TO:[1]   Any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| | SEX | RACE | AGE |
|---|---|---|---|
| | male | white | 35 |

| NAME OF SUBJECT |
|---|
| Vincent Posa |

| ADDRESS (STREET, CITY, STATE) | DATE IMPOSED |
|---|---|
| In New York State custody | September 6, 2002 |

| SENTENCE IMPOSED BY (NAME OF COURT) |
|---|
| U.S. District Court-Eastern District of New York |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| The Honorable Sterling Johnson, Jr., Senior U.S. District Judge, Brooklyn, New York |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ROBERT C. HEINEMANN | [signature] | SEP 0 8 2005 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 10/28/05 | 10/28/05 |

| EXECUTIVE AGENCY (NAME AND ADDRESS) |
|---|
| US MARSHALS 225 Cadman Pl E. Brooklyn, NY 11201 |

| NAME | (BY) | DATE |
|---|---|---|
| Frederick Tessari | [signature] | 10/28/05 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."