AO 245D  (Rev. 9/00) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

EASTERN ~~FILED~~ District of                    NEW YORK

UNITED STATES OF AMERICA  CLERK'S OFFICE       **JUDGMENT IN A CRIMINAL CASE**
                    U.S. DISTRICT COURT E.D.N.Y.
      **V.**                                          (For **Revocation** of Probation or Supervised Release)

**VINCENT POSA**      DEC 6  **2005**        (For Offenses Committed On or After November 1, 1987)

Case Number:         **01 CR 0697(SJ)**

James Di Pietro, Esq.,

186 Joralemon Street, Brooklyn, NY 11201
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s) ___CHARGE 1___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| CHARGE 1 | DEFENDANT COMMITTED ANOTHER CRIME | 09/07/2005 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) ___CHARGE 2___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.    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

Defendant's Date of Birth: 05/20/1970

Defendant's USM No.:     60345-053

Defendant's Residence Address:

2016 West 6th Street

Brooklyn, NY 11223

Defendant's Mailing Address:

December 1, 2005
Date of Imposition of Judgment

s/SJ

Signature of Judicial Officer

STERLING JOHNSON, JR. UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

December 1, 2005
Date

A TRUE COPY
ATTEST
DATED 12 2 05 20
ROBERT C. HEINEMANN
CLERK
BY
DEPUTY CLERK

AO 245D   (Rev. 9/00) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | Judgment — Page __2__ of __2__ |
|---|---|

DEFENDANT:   **VINCENT POSA**
CASE NUMBER:   **01 CR 0697(SJ)**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   **EIGHTEEN (18)  MONTH**   .

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐   a ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL